UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT CHATTANOOGA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 1:24-cr-79 |
| | ) | |
| v. | ) | Judge Atchley |
| | ) | |
| KELLY RAE EDWARDS, | ) | Magistrate Judge Lee |

### ORDER

Magistrate Judge Susan K. Lee filed a Report and Recommendation recommending that the Court: (1) grant Defendant's motion to withdraw his not guilty plea as to Count One of the one-count Indictment; (2) accept Defendant's guilty plea as to Count One of the Indictment; (3) adjudicate the Defendant guilty of Count One of the Indictment; (4) order that Defendant remain in custody until sentencing in this matter [Doc. 21]. Neither party filed a timely objection to the Report and Recommendation. After reviewing the record, the Court agrees with Magistrate Judge Lee's Report and Recommendation. Accordingly, the Court **ACCEPTS** and **ADOPTS** the Magistrate Judge's Report and Recommendation [Doc. 21] pursuant to 28 U.S.C. § 636(b)(1) and **ORDERS** as follows:

1. Defendant's motion to withdraw his not guilty plea as to Count One of the Indictment is **GRANTED**;

2. Defendant's plea of guilty to Count One of the Indictment is **ACCEPTED**;

3. Defendant is hereby **ADJUDGED** guilty of Count One of the Indictment; and

4. Defendant **SHALL REMAIN** in custody until sentencing in this matter which is scheduled to take place on **April 17, 2025 at 10:00 a.m. E.T.** before the undersigned.

**SO ORDERED.**

*/s/ Charles E. Atchley, Jr.*
**CHARLES E. ATCHLEY, JR.**
**UNITED STATES DISTRICT JUDGE**